IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 15-4738 |
| | ) | |
| | ) | |
| THOMAS BRANTLEY JENKINS, II | ) | |

MOTION FOR SEVERENCE OF BRIEF

NOW COMES THE APPELLANT, Thomas Brantley Jenkins, II by and through his undersigned counsel, and hereby makes the following Motion for Severance. In support of this motion Counsel shows the following:

1. The cases of *United States v. Tracy Alan McDonald* (15-4719), *United States v. Thomas Leslie Snead, Jr*. (15-4724), *United States v. Thomas Jenkins, II* (15-4738), *United States v. Alex Odom, Jr*. (15-4762), and *United States v. Nancy Byrd* (15-4777) were consolidated for appeal.

2. Under the current briefing order, the Appellant's brief and joint appendix is due on March 11, 2015.

3. After reviewing the record and relevant case law, Counsel will be filing an *Anders* brief.

WHEREFORE, Counsel for Appellant respectfully requests this Honorable Court to sever this matter from the consolidated case(s) remaining on appeal.

Respectfully submitted this the 10th day of March, 2016

/s/Michael E. Archenbronn
Michael E. Archenbronn
Attorney for Defendant
salemlawyer@juno.com
301 South Liberty Street
Winston Salem, NC 27101
336.725.1272

CERTIFICATE OF SERVICE

I, the undersigned attorney for the Appellant, certify that the foregoing Motion was served upon the Assistant United States Attorney for the Middle District of North Carolina, Clifton T. Barrett, by electronic filing on March 10, 2016.

/s/Michael E. Archenbronn
Michael E. Archenbronn
Attorney for Defendant
salemlawyer@juno.com
301 South Liberty Street
Winston Salem, NC 27101
336.725.1272